# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 18, 2016

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  K. D., et al.
         v. Facebook, Inc., et al.
         No. 15-1404
         (Your No. 13-16929)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on February 16, 2016 and placed on the docket May 18, 2016 as No. 15-1404.

Sincerely,

**Scott S. Harris**, Clerk

by

Michelle Marshall
Case Analyst